UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Robert V. Towle</u>,
    Plaintiff

    v.                            Case No. 11-cv-293-SM

<u>Lester Eldridge, et al.</u>,
    Defendants

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated December 20, 2011, for the reasons set forth therein. Plaintiff's complaint is hereby dismissed.

    SO ORDERED.

January 6, 2012                            _____
                                               Steven J. McAuliffe
                                               United States District Judge

cc:     Robert V. Towle, pro se